[Dkt. Ents. 90, 91, & 92]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

|  |  |
|---|---|
| SHEET METAL WORKERS INTERNATIONAL ASSOCIATION LOCAL UNION NO. 27, AFL-CIO, | |
| Plaintiff, | Civil No. 07-3023 (RMB/JS) |
| v. | **ORDER** |
| E.P. DONNELLY, INC., and SAMBE CONSTRUCTION CO. INC., | |
| Defendants. | |

THIS MATTER coming before the Court upon motions for summary judgment by plaintiff Sheet Metal Workers International Association Local Union No. 27, AFL-CIO ("Local 27"), by defendant E.P. Donnelly, Inc. ("Donnelly"), and by defendant Sambe Construction Co. Inc. ("Sambe"); and

THE COURT having considered the parties' moving briefs and the opposition thereto; and

FOR THE REASONS set forth in the OPINION issued herewith;

IT IS on this, the **3rd** day of **December 2009**, hereby

**ORDERED** that all motions for summary judgment shall be **GRANTED-IN-PART** and **DENIED-IN-PART**: summary judgment shall be granted in favor of Sambe and Donnelly, and against Local 27, as

1

to the statutory claim; and shall be granted in favor of Local 27, and against Sambe and Donnelly, as to the breach of contract claim; and it is further

ORDERED that the parties shall CONFER and ADVISE the Court by written submission within two weeks whether a genuine issue of material fact exists as to damages, and if so, the grounds for such dispute; and it is finally

ORDERED that if a genuine issue of material fact exists as to damages, all parties shall be PREPARED TO CONDUCT A TRIAL on the matter of damages to begin on January 4, 2010.

s/Renée Marie Bumb
RENÉE MARIE BUMB
UNITED STATES DISTRICT JUDGE