[Dkt. Ent. 135]

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW JERSEY**

**CAMDEN VICINAGE**

| | |
|---|---|
| SHEET METAL WORKERS INTERNATIONAL ASSOCIATION LOCAL UNION NO. 27, AFL-CIO,<br><br>    Plaintiff,<br><br>  v.<br><br>E.P. DONNELLY, INC., and SAMBE CONSTRUCTION CO. INC.,<br><br>    Defendants. | Civil No. 07-3023 (RMB/JS)<br><br>**ORDER** |

   THIS MATTER having come before the Court upon a motion for damages by plaintiff Sheet Metal International Association Local Union No. 27, AFL-CIO ("Local 27"); and

   THE COURT having directed the parties to file supplemental briefing on the issue of the damages arising from the breach of contract committed by defendant Sambe Construction Co., Inc. ("Sambe"); and

   THE COURT having considered the parties' written submissions; and

   FOR THE REASONS stated in the Opinion issued herewith,

   **IT IS** on this, the **9th** day of **March 2010**, hereby

   **ORDERED AND ADJUDGED** that as to Local 27's breach of

contract claim against Sambe, judgment shall be entered in favor of Local 27 and against Sambe only in the amount of $1.00 in nominal damages.

s/Renée Marie Bumb
RENÉE MARIE BUMB
UNITED STATES DISTRICT JUDGE
