[Dkt. Ent. 135]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| SHEET METAL WORKERS INTERNATIONAL ASSOCIATION LOCAL UNION NO. 27, AFL-CIO, <br><br> Plaintiff, <br><br> v. <br><br> E.P. DONNELLY, INC., and SAMBE CONSTRUCTION CO. INC., <br><br> Defendants. | Civil No. 07-3023 (RMB/JS) <br><br><br> **ORDER** |

THIS MATTER having come before the Court upon a motion for damages by plaintiff Sheet Metal International Association Local Union No. 27, AFL-CIO ("Local 27"); and

THE COURT having considered the parties' written submissions and having held a bench trial on March 18, 2010; and

FOR THE REASONS stated in the Opinion issued herewith,

**IT IS** on this, the **26th** day of **March 2010**, hereby

**ORDERED AND ADJUDGED** that as to Local 27's breach of contract claim against E.P. Donnelly, Inc. ("Donnelly"), judgment shall be entered in favor of Local 27 and against Donnelly in the amount of $365,349.75 in compensatory damages; and it is further

**ORDERED** that Local 27 shall file an itemized petition reflecting the fees and costs it incurred subsequent to the Court's February 9, 2010 conference call (excluding its work on

the issue of Sambe's liability); and it is finally

    **ORDERED** that the Clerk of the Court shall **CLOSE** this file.

<u>s/Renée Marie Bumb</u>
RENÉE MARIE BUMB
UNITED STATES DISTRICT JUDGE